NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RANDALL LYNN HUNT,  )
                                                 )
    Appellant,                           )
                                                 )
v.                                               )    Case No. 2D18-1273
                                                 )
SUNTRUST BANK,                       )
                                                 )
    Appellee.                             )
_____)

Opinion filed June 14, 2019.

Appeal from the Circuit Court for
Hillsborough County; Sandra Taylor,
Associate Senior Judge; Wayne S.
Timmerman, Senior Judge.

Randall Lynn Hunt, pro se.

Philip D. Storey and Amanda Renee
Murphy of Alvarez, Winthrop, Thompson
& Storey, P.A., Orlando, for Appellee.


KELLY, Judge.

        Randall Hunt appeals from the final judgment of foreclosure rendered in

favor of SunTrust Bank.  We affirm the final judgment in all respects except for the

award of attorney fees, which the parties acknowledge was granted prematurely without

supporting evidence or a hearing.  We strike the award of fees and remand to the trial

court for the recalculation of the sum due to the bank and for the entry of an amended final judgment.

Affirmed in part, reversed in part, and remanded with directions.

BLACK and SLEET, JJ., Concur.